charge defective. *Commonwealth v. Blount,* 538 Pa. at 174, 647 A.2d at 209.

The order of the Superior Court is reversed and the judgment of sentence is reinstated.

COMMONWEALTH of Pennsylvania, Respondent,

v.

Derrick STRATTON, Petitioner.

Supreme Court of Pennsylvania.

Aug. 7, 1997.

John W. Packel, Philadelphia, for petitioner.

*ORDER*

PER CURIAM:

The Petition for Allowance of Appeal is GRANTED. The Superior Court is REVERSED in accordance with *Commonwealth v. Hawkins,* 547 Pa. 652, 692 A.2d 1068 (1997) and *Commonwealth v. Kue,* 547 Pa. 668, 692 A.2d 1076 (1997). This matter is REMANDED to the trial court for further proceedings in accordance with this order.

CASTILLE, J., dissents.